■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN CASTRO, Appellant. [690 NYS2d 419] —Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered January 15, 1997, convicting defendant, after a jury trial, of robbery in the first degree, robbery in the second degree and criminal possession of a weapon in the third degree, and sentencing him, as a second violent felony offender, to concurrent terms of 16 years, 15 years and 3½ to 7 years, respectively, unanimously affirmed.

Defendant's claims concerning the prosecutor's summation and the court's charge are unpreserved and we decline to review them in the interest of justice. Were we to review them, we would find that the challenged portions of the summation were proper responses to credibility arguments raised by defendant (*see, People v Overlee*, 236 AD2d 133, *lv denied* 91

NY2d 976), and that the court's charge on credibility of witnesses, when read as a whole, conveyed the proper standards (*see, People v Hurel*, 60 AD2d 537, *lv denied* 43 NY2d 928).

We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Tom, Mazzarelli, Rubin and Friedman, JJ.